In Matter of Petition of Josephine Kollman, and Cross-Petition of Robert A. McNell and Helen Chalmers McNell to Adopt Michael Chalmers Kollman.
Josephine Kollman, Appellant, v. Robert A. McNell, and Helen Chalmers McNell, Appellees, Michael Chalmers Kollman, Appellee.

Gen. No. 46,813. (Abstract of Decision.)

First District, First Division.

May 7, 1956.

Released for publication June 12, 1956.

Suekoff, Frost & Spiegel, for appellant; Raymond I. Suekoff, of counsel; Sidley, Austin, Burgess & Smith, for cross-petitioners-

appellees; Merritt C. Bragdon, and Alice M. Bright, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.